USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　　　　:　　19-CR-615 (VEC)

　　　-against-　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　　　　:　　ORDER

DARRYL LAMOOR THOMAS,　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　Defendant.　　　　　　　:

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　WHEREAS a VOSR hearing is scheduled for July 16, 2020; and

　　　WHEREAS defense counsel requested that the hearing be conducted remotely;

　　　IT IS HEREBY ORDERED that a teleconference is scheduled for July 13, 2020, at 11:00 a.m. to discuss why the hearing should not proceed with in-person appearances.

　　　Dial-in: (888) 363-4749
　　　Access code: 3121171#
　　　Security code: 0615#

Counsel should adhere to the following rules and guidelines:

1. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

2. To facilitate an orderly conference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

3. If there is a beep indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

Finally, all of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: July 10, 2020**
      **New York, NY**

                                                **VALERIE CAPRONI**
                                               **United States District Judge**