```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                          :
                                                  :          19-CR-615 (VEC)
            -against-                             :
                                                  :          ORDER
DARRYL LAMOOR THOMAS,                             :
                                                  :
                              Defendant.          :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a VOSR hearing on July 16, 2020;

IT IS HEREBY ORDERED that a status conference is scheduled for **January 13, 2021, at 2:30 p.m.**

SO ORDERED.

Dated: July 16, 2020
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**