USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:　19-CR-615 (VEC)
　　　　　-against-　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:　ORDER
DARRYL LAMOOR THOMAS,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendant.　　　　　:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a Violation of Probation hearing on October 27, 2020;

IT IS HEREBY ORDERED that a status conference is scheduled for **November 12, 2020 at 3:30 p.m.**  To the extent Mr. Thomas has provided the Probation Department with the required medical and financial information by November 10, 2020, the Court shall cancel the November 12, 2020 conference.

**SO ORDERED.**

**Dated: October 27, 2020**
　　　　**New York, NY**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**