USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                    :

                                                                    :        19-CR-615 (VEC)

        -against-                                           :

                                                                    :        ORDER

DARRYL LAMOOR THOMAS,                    :

                                                                    :

                                    Defendant.            :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS the parties appeared for a Violation of Probation hearing on October 27,

2020;

        WHEREAS after defense counsel informed the Court that Mr. Thomas had complied

with his Probation Officer's instructions, the Court adjourned a November 12, 2020 conference

to January 13, 2021; and

        WHEREAS the Probation Department has informed the Court that Mr. Thomas has

remained in compliance with the terms of his probation;

        IT IS HEREBY ORDERED that the January 13, 2021 hearing is ADJOURNED to **April

13, 2021, at 2:00 p.m.**

**SO ORDERED.**

**Dated: January 5, 2021**
        **New York, NY**

                                                                    _____

                                                                    **VALERIE CAPRONI**
                                                                    **United States District Judge**