USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

DARRYL LAMOOR THOMAS,

                    Defendant.

------------------------------------------------------------- X

19-CR-615 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a Violation of Probation hearing on October 27, 2020;

WHEREAS after defense counsel informed the Court that Mr. Thomas had complied with his Probation Officer's instructions, the Court adjourned a November 12, 2020 hearing to January 13, 2021;

WHEREAS after the Probation Department informed the Court that Mr. Thomas had remained in compliance with the terms of his probation, the Court adjourned the hearing to April 13, 2021; and

WHEREAS the Probation Department has informed the Court that Mr. Thomas has continued to remain in compliance with the terms of his probation;

IT IS HEREBY ORDERED that the April 13, 2021 hearing is ADJOURNED *sine die*.

IT IS FURTHER ORDERED that not later than April 20, 2021, the Probation Department must submit an updated report either requesting the dismissal of Mr. Thomas's outstanding violations of probation or requesting that the Court take some other action.

**SO ORDERED.**

**Dated: April 6, 2021**
    **New York, NY**

                                                      _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**